UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: JOHNNY RUFUS SMITH,   {  CHAPTER 13
                            {
                            {  CASE NO. A18-70199-SMS
      DEBTOR           {
                            {  JUDGE SIGLER

**CHAPTER 13 TRUSTEE'S OBJECTION TO
CONFIRMATION, MOTION TO DISMISS
CASE WITH PREJUDICE AND NOTICE OF HEARING**

COMES NOW, Mary Ida Townson, Chapter 13 Trustee herein, and files herewith her Objection to Confirmation, Motion to Dismiss Case with Prejudice and as grounds shows the Court as follows:

**PLEASE TAKE NOTICE THAT A DISMISSAL OF THIS CASE WITH PREJUDICE PURSUANT TO 11 U.S.C. SECTION 109(g) WILL MEAN THAT THE DEBTOR(S) WILL NOT BE PERMITTED TO FILE ANOTHER CASE UNDER CHAPTER 13 FOR A PERIOD OF 180 DAYS FOLLOWING THE DATE UPON WHICH THIS CASE IS DISMISSED.**

**THE FAILURE OF THE DEBTOR(S) TO APPEAR AT THE HEARING ON THIS MOTION TO DISMISS MAY BE CONSIDERED BY THE COURT AS EVIDENCE OF DEBTOR(S) WILLFUL FAILURE TO APPEAR BEFORE THE COURT IN PROPER PROSECUTION OF THE CASE WITHIN THE MEANING OF 11 U.S.C. SECTION 109(g) OF THE BANKRUPTCY CODE.**

**OBJECTIONS TO CONFIRMATION**

1.  The Debtor(s) Plan does not comply with the provisions of the Bankruptcy Code in that:

a)  The Debtor(s) Chapter 13 Plan payments are delinquent in violation of 11 U.S.C. Section 1326.

b)  The Debtor(s) has failed to attend the 11 U.S.C. Section 341 hearing.

c)   The Debtor(s) has not filed a plan as required by 11 U.S.C. Section 1321.

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
(404) 525-1110
eds@atlch13tt.com

d)   The Debtor(s) has not filed schedules as required by Bankruptcy Rule 1007.

e)   The Debtor(s) has not filed a statement of current monthly income and calculation of commitment period and disposable income as required by Rule 1007(b)(6) F.R. Bankr. P.

f)   The Debtor(s) has failed to file a Statement of Financial Affairs in possible violation of 11 U.S.C. Section 521(a)(1)(B)(iii).

g)   The Debtor(s) may not be eligible for relief under Title 11 because he has not filed a certificate stating that he has obtained a briefing from an approved non-profit budget and credit counseling agency within 180 days preceding the date of filing as required by 11 U.S.C. Section 109(h).

h)   The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

i)   The Debtor has not filed copies of all payment advices or other evidence of payments received within sixty (60) days before the date of the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv) and Rule 1007(b)(1)(E) F.R. Bankr. P.

j)   The Debtor(s) has filed three (3) previous bankruptcy case(s) to-wit: first case A16-72033-BEM filed December 8, 2016, dismissed February 6, 2017; second case A17-72394-SMS filed December 30, 2017, dismissed March 16, 2018 and third case A18-56624-SMS filed April 19, 2018, dismissed with prejudice July 3, 2018.

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
(404) 525-1110
eds@atlch13tt.com

## <u>MOTION TO DISMISS CASE WITH PREJUDICE</u>

1.   Debtor(s) Chapter 13 Plan payments are delinquent in violation of 11 U.S.C. 1326.  The failure to make payments and failure to contact the Chapter 13 Trustee or the Court with any reason why the payments have not been paid constitutes willful failure to come before the Court in proper prosecution in violation of 11 U.S.C. 109(g) and warrants a dismissal with prejudice.  This behavior indicates that the Debtor(s) filed a case that is not feasible thus the Debtor(s) is unable to make a plan payment in violation of 11 U.S.C. 1325(a)(6) or the Debtor(s) have the ability to make the payments and the failure to do so shows a deliberate act of bad faith.

2. The Debtor(s) has failed to attend the 11 U.S.C. Section 341 hearing.

3. The Debtor(s) has not filed a plan as required by 11 U.S.C. Section 1321.

4. The Debtor(s) has not filed schedules as required by Bankruptcy Rule 1007.

5.  The Debtor(s) has not filed a statement of current monthly income and calculation of commitment period and disposable income as required by Rule 1007(b)(6) F.R. Bankr. P.

6.  The Debtor(s) has failed to file a Statement of Financial Affairs in possible violation of 11 U.S.C. Section 521(a)(1)(B)(iii).

7.  The Debtor(s) may not be eligible for relief under Title 11 because he has not filed a certificate stating that he has obtained a briefing from an approved non-profit budget and credit counseling agency within 180 days preceding the date of filing as required by 11 U.S.C. Section 109(h).

8.  The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
(404) 525-1110
eds@atlch13tt.com

9.   The Debtor has not filed copies of all payment advices or other evidence of payments received within sixty (60) days before the date of the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv) and Rule 1007(b)(1)(E) F.R. Bankr. P.

10.   The Debtor(s) has filed three (3) recent Chapter 13 case(s), each of which was dismissed by the Court.  Said case(s) are as follows:

a)   Debtor's first case A16-72033-BEM filed December 8, 2016, dismissed February 6, 2017;

b)   Debtor's second case A17-72394-SMS filed December 30, 2017, dismissed March 16, 2018 and

c)   Debtor's third case A18-56624-SMS filed April 19, 2018, dismissed with prejudice July 3, 2018.

The Debtor(s) conduct in this and the previous cases demonstrates that the Debtor(s) has filed this case without any intention of properly prosecuting this case and has failed to appear before the Court in proper prosecution of this case within the meaning of 11 U.S.C. Section 109(g).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor(s)' plan, and to dismiss the case pursuant to 11 U.S.C. Section 105(a) and Section 109(g), thereby rendering the Debtor(s) ineligible from re-filing another Chapter 13 case for one hundred eighty (180) days; or in the alternative, convert this case to one under Chapter 7.

Dated: January 17, 2019

Respectfully submitted:


_____/s/_____
K. Edward Safir, Attorney
For Chapter 13 Trustee
GA. Bar No. 622149



Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
(404) 525-1110
eds@atlch13tt.com

<u>NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS</u>

　　　PLEASE TAKE NOTE THAT THE WITHIN AND FOREGOING MOTION TO
DISMISS CASE WITH PREJUDICE SHALL BE HEARD BY THE COURT IN
CONNECTION WITH THE REGULARLY SCHEDULED CONFIRMATION HEARING AT
THE FOLLOWING PLACE AND TIME:


　　　　　　DATE:　FEBRUARY 12, 2019
　　　　　　TIME:　9:30 A.M.
　　　　　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　　　　　75 SPRING STREET, S.W.
　　　　　　　　　COURTROOM 1201
　　　　　　　　　ATLANTA, GA　30303-3311


　　　PLEASE TAKE FURTHER NOTICE THAT A DISMISSAL OF THIS CASE
WITH PREJUDICE PURSUANT TO 11 U.S.C. SECTION 109(g) WILL MEAN
THAT THE DEBTOR(S) WILL NOT BE PERMITTED TO FILE ANOTHER CASE
UNDER CHAPTER 13 FOR A PERIOD OF 180 DAYS FOLLOWING THE DATE
UPON WHICH THIS CASE IS DISMISSED.

　　　THE FAILURE OF THE DEBTOR(S) TO APPEAR AT THE HEARING ON
THIS MOTION TO DISMISS MAY BE CONSIDERED BY THE COURT AS
EVIDENCE OF DEBTOR(S) WILLFUL FAILURE TO APPEAR BEFORE THE COURT
IN PROPER PROSECUTION OF THE CASE WITHIN THE MEANING OF 11
U.S.C. SECTION 109(g) OF THE BANKRUPTCY CODE.

　　Dated: January 17, 2019


　　　　　　　Respectfully submitted:




　　　　　　　_____/s/_____
　　　　　　　K. Edward Safir, Attorney
　　　　　　　For Chapter 13 Trustee
　　　　　　　GA. Bar No. 622149






Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
(404) 525-1110
eds@atlch13tt.com

A18-70199-SMS

## **CERTIFICATE OF SERVICE**

        This is to certify that on this day I caused a copy of the
foregoing pleading to be served via United States First Class
Mail, with adequate postage thereon, on the following parties at
the address shown for each:

DEBTOR(S):

JOHNNY RUFUS SMITH
920 BROOKMERE COURT
ATLANTA, GA 30349

I further certify that I have on this day electronically filed
the pleading using the Bankruptcy Court's Electronic Filing
program, which sends a notice of this document and an
accompanying link to this document to the following parties who
have appeared in this case under the Bankruptcy Court's
Electronic Case Filing program:

ATTORNEY FIRM NAME

DEBTOR PRO SE


This 17th day of January 2019



               /s/
K. Edward Safir, Attorney
for Chapter 13 Trustee
GA Bar No. 622149




Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
(404) 525-1110
eds@atlch13tt.com